Order issued November 29, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-00498-CV

**GARY MOORE, Appellant**

**V.**

**CAROLINE F. MOORE, Appellee**

## ORDER

Before Justices O'Neill, Richter, and Francis

The Motion for Rehearing filed by appellant is OVERRULED.

MICHAEL J. O'NEILL
JUSTICE